**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1376**

HESMAN TALL, a/k/a Hesman W. Tall, a/k/a Brotha Workitout, a/k/a James Weldon Hunter, Jr.,

        Plaintiff - Appellant,

    v.

ALPHABET INC.; GOOGLE INC.,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:23-cv-01393-PX)

Submitted:  January 23, 2025                                   Decided:  January 27, 2025

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hesman Tall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hesman Tall appeals the district court's order dismissing his amended civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Tall v. Alphabet Inc.*, No. 8:23-cv-01393-PX (D. Md., Apr. 17, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
